FILED
U.S. DISTRICT COURT
SAV. DIV.
2009 AUG 26 AM 10: 54
CLERK
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| CHAS SWEETENBURG, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CV409-108 |
| | ) | |
| DONALD JACKSON, *Warden*, and | ) | |
| THE ATTORNEY GENERAL OF | ) | |
| THE STATE OF GEORGIA, | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 26th day of August, 2009.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA